IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
         Plaintiff, ) Case No. C17-1782 RSM
)
     v. ) **ORDER GRANTING STIPULATED**
) **MOTION FOR EXTENSION OF**
REFAWNE L. ACARREGUI, ) **TIME ON INITIAL DISCLOSURES**
) **AND JOINT STATUS REPORT AND**
         Defendant. ) **DISCOVERY PLAN DEADLINES**
)
)
)

The Court, having read and considered the United States of America's and Refawne Acarregui's Stipulated Motion for Extension of Time on Initial Disclosures and Joint Status Report and Discovery Plan Deadlines (the "Motion"), and for good cause shown, hereby GRANTS the Motion and extends the following deadlines by forty-five (45) days as follows:

| Deliverable | New Deadline |
|---|---|
| Refawne Acarregui's Initial Disclosures Pursuant to 26(a)(1) | May 4, 2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | May 11, 2018 |

Order Granting Stipulated Motion for Extension of Time on Initial Disclosures and Joint Status Report and Discovery Plan Deadlines
(Case No. 2:17-cv-01782-RSM)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

IT IS SO ORDERED this 23rd day of March 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ Yen Jeannette Tran
YEN JEANNETTE TRAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-3366 (v)
202-307-0054 (f)
Y.Jeannette.Tran@usdoj.gov

Of Counsel:

ANNETTE L. HAYES
United States Attorney,
Western District of Washington

*Attorneys for the United States of America*

Order Granting Stipulated Motion for Extension of Time on
Initial Disclosures and Joint Status Report and Discovery Plan
Deadlines
(Case No. 2:17-cv-01782-RSM)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366