## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>REFAWNE L. ACARREGUI,<br><br>  Defendant. | CASE NO. C17-1782RSM<br><br>ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAW |

This matter comes before the Court on Defendant's Unopposed Motion for Withdrawal. Dkt. #11. Defense counsel, Richard L. Johnson, indicates he is withdrawing upon Defendant's request that he "cease all work on the case." *Id.* at 1. Nothing has been filed in response to the Motion and Mr. Johnson indicates that Plaintiff "does not oppose the withdrawal." *Id.*

Pursuant to Local Civil Rule 83.2, "[n]o attorney shall withdraw an appearance in any case, civil or criminal, except by leave of court. . . . Leave shall be obtained by filing a motion or a stipulation and proposed order for withdrawal." LCR 83.2(b)(1). LCR 83.2 also provides that attorneys "will ordinarily be permitted to withdraw until sixty days before the discovery cutoff date in a civil case." *Id.* The discovery deadline in this matter is January 14, 2019. Dkt. #10.

Having reviewed the record in these proceedings and the Motion, the Court hereby finds and ORDERS that:

ORDER – 1

1. Defendant's Unopposed Motion for Withdrawal (Dkt. #11) is GRANTED. Richard L. Johnson and Lesourd & Patten, P.S. may withdraw from this matter and no longer represent Defendant as of the date this Order is entered.

2. Defendant Refawne L. Acarregui will proceed in this matter *pro se* unless or until new counsel makes an appearance on Defendant's behalf. Defendant should be aware of the pending deadlines set by the Court, Dkt. #10, and is encouraged to become familiar with the Federal Rules of Civil Procedure and this Court's Local Rules. The Court's Local Rules can be found online at www.wawd.uscourts.gov under the heading "Local Rules & General Orders," found on the left side of the Court's homepage.

3. The Clerk shall send a copy of this Order to Mr. Johnson and to Defendant, via U.S. Mail. Defendant's contact information is:

    Refawne L. Acarregui
    3809 40th Avenue S.W.
    Seattle, WA 98116
    Phone: (206) 799-9136

4. Unless and until new counsel makes an appearance on Defendant's behalf or Defendant informs the Court otherwise, all future filings in this case shall be served at the above address.

Dated this 6 day of November, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2