IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REFAWNE L. ACARREGUI,

    Defendant.

Case No. C17-1782 RSM

ORDER GRANTING STIPULATED MOTION FOR ENTRY OF JUDGMENT

Upon consideration of the Stipulated Motion for Entry of Judgment (the "Stipulated Motion") (Dkt. # 17) filed herein by the United States of America ("United States") and Refawne L. Acarregui, and for good cause shown, IT IS HEREBY ORDERED THAT:

1. The Court, finding no just reason for delay, GRANTS the Stipulated Motion.

2. Judgment is entered in favor of the United States on its Complaint (Dkt. # 1) and against Refawne L. Acarregui.

3. Refawne L. Acarregui is individually and personally indebted to the United States under 26 U.S.C. § 6324(a)(2) and 31 U.S.C. § 3713(b) for the unpaid federal estate tax liability (Form 706) of the Robert L. Smith Estate ("Smith Estate") and Smith Estate assets that she distributed to herself without first paying federal taxes owed by the Smith Estate, in the amount of $125,675.43 as of February 7, 2019, plus statutory interest which continues to accrue as provided by 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6601, 6621, and 6622 and other statutory

Order Granting Stipulated Motion for Entry of Judgment
(Case No. 2:17-cv-01782-RSM)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

additions as provided by law, less any subsequent payments or credits, until paid in full.

4. Each party shall bear its own respective costs and attorney's fees.

5. The current scheduling order, Order Setting Trial Date and Related Dates dated February 8, 2019 (Dkt. # 16), is VACATED.

6. The Clerk of Court shall issue a Judgment consistent with this Order.

IT IS SO ORDERED this 21st day of March 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Yen Jeannette Tran*
YEN JEANNETTE TRAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-3366 (v)
202-307-0054 (f)
Y.Jeannette.Tran@usdoj.gov

Of Counsel:

BRIAN T. MORAN
United States Attorney,
Western District of Washington

*Attorneys for the United States of America*

Order Granting Stipulated Motion for Entry of Judgment
(Case No. 2:17-cv-01782-RSM)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366